UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| J. LANE CONTRACTORS, INC. | ) | CASE NO. 06 B 15791 |
| | ) | |
| Debtor(s) | ) | HON. CAROLE A. DOYLE |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE CAROLE A. DOYLE
       BANKRUPTCY JUDGE

NOW COMES Phillip D. Levey, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on December 1, 2006. Phillip D. Levey was appointed Trustee on December 1, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $64,132.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the trustee's final account as of September 2, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 27,199.03 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 1,338.52 |
| c. | NET CASH available for distribution | | $25,860.51 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $3,469.90 |
| | 2. | Trustee Expenses (See Exhibit E) | $63.04 |
| | 3. | Compensation requested by attorney or other professionals | |

| | | for trustee (See Exhibit F) | |
|---|---|---|---|
| | (a.) | Phillip D. Levey - Attorney For Trustee Fees | $4,617.50 |
| | (b.) | Lois West & Popowcer Katten Ltd. - Accountant For Trustee Fees | $1,029.00 |

5.      The Bar Date for filing unsecured claims expired on April 16, 2007.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | | |
|---|---|---|---|
| a | Allowed unpaid secured claims | | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | | $9,179.44 |
| c. | Allowed Chapter 11 administrative claims | | $0.00 |
| d. | Allowed priority claims | | $0.00 |
| e. | Allowed unsecured claims | | $106,939.18 |
| f. | Surplus to Debtor | | $0.00 |

7.      Trustee proposes that unsecured creditors receive a distribution of 15.60% of allowed claims .

8.      Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $5,646.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,646.50.

9.      A fee of $4,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

     **WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: ___9-2-08___

SIGNATURE

Phillip D. Levey
TRUSTEE NAME

2722 North Racine Avenue
Chicago, IL  60614
ADDRESS

## TASKS PERFORMED BY TRUSTEE

See Attached Trustee's Time Sheet.

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Asset Analysis & Recovery** | | |
| 12/11/2006 | Review letter from attorney Richard Fogel re debtor's 2005 financial records and pending litigation. | 0.30 | 105.00 |
| | Review of debtor's 2005 and 2006 receipts and disbursement journals. | 1.50 | 525.00 |
| | Review of debtor's 2005 tax return. | 0.40 | 140.00 |
| 1/5/2007 | Review of debtor's 2005 and 2006 bank statements and checks re possible avoidance actions. | 1.30 | 455.00 |
| 1/16/2007 | Review of fax from attorney Richard Fogel re debtor's ownership of vehicles. | 0.20 | 70.00 |
| 1/24/2007 | Email to attorney Richard Fogel and review of response to same re possible preferences. | 0.30 | 105.00 |
| 5/3/2007 | Review letter from attorney Richard Fogel to Grange Insurance re amount due re premium. | 0.20 | 70.00 |
| | SUBTOTAL: | [    4.20 | 1,470.00] |
| | **Asset Disposition** | | |
| 12/19/2006 | Review of data on Edmunds.com re value of trucks. | 0.60 | 210.00 |
| 12/22/2006 | Review letter from attorney Richard Fogel re debtor's shareholder's offer to purchase truck and concrete forms. | 0.30 | 105.00 |
| 1/31/2007 | Travel to Evanston, Illinois, to inspect three (3) trucks and construction equipment and conference with prospective purchaser of vehicles. | 1.70 | 552.50 |
| 2/1/2007 | Teleconferences (4) with and fax to Fort Wayne Vehicle Auction re auction sale of two (2) trucks. | 0.70 | 227.50 |
| 2/2/2007 | Travel to Evanston, Illinois, to deliver possession of two (2) trucks to auctioneer and one (1) truck and construction equipment to debtor's principal. | 1.60 | 520.00 |
| 2/3/2007 | Travel to Evanston, Illinois, to obtain signatures on vehicle titles and release of lien by debtor's principal. | 1.50 | 487.50 |
| 2/5/2007 | Letter to Fort Wayne Vehicle Auction re title to vehicles. | 0.30 | 97.50 |
| | SUBTOTAL: | [    6.70 | 2,200.00] |

Page      2

| | Hours | Amount |
|---|---|---|
| **Banking** | | |
| 9/2/2008 Opening of estate bank accounts, obtaining FEIN for estate, preparation and assembly of bank deposits, issuing of checks in payment of administrative expenses and monthly review and reconciliation of bank statements through close of case. (Estimated) | 2.00 | 700.00 |
| SUBTOTAL: | [ 2.00 | 700.00] |
| **Case Administration** | | |
| 9/2/2008 Maintenance of estate accounting records through close of case. (Estimated) | 2.00 | 700.00 |
| Compliance activities including preparation and assembly of interim reports as required by Office of U.S. Trustee as well as compliance with bonding requirements through close of case and maintenance of accounting records re same through close of case. (Estimated) | 1.50 | 525.00 |
| SUBTOTAL: | [ 3.50 | 1,225.00] |
| **Claims Administration & Objections** | | |
| 12/13/2006 Review of fax from Robinson Rental re rent due from debtor. | 0.20 | 70.00 |
| 12/20/2006 Review letter from attorney Andy Norman re Woodson v. J. Lane. | 0.20 | 70.00 |
| 2/5/2007 Review letter from attorney Andy Norman re J.Lane v. Woodson with supporting documents. | 0.60 | 210.00 |
| 5/16/2007 Download of Clerk's Notice Fixing Time for Filing Claims and Certificate of Service re same. Download of claims from PACER, review of claims on register and initial contacts with claimants. | 0.80 | 280.00 |
| 9/2/2008 Respond to inquiries from claimants re status of bankruptcy through close of case. (Estimated) | 0.50 | 175.00 |
| SUBTOTAL: | [ 2.30 | 805.00] |
| **Dividend Distribution** | | |
| 9/2/2008 Revision of proposed distribution in accordance with Court's Order re Final Report. Distribution of dividends to holders of allowed claims. (Estimated) | 0.50 | 175.00 |

Page   3

|  | | Hours | Amount |
|---|---|---|---|

|  | | Hours | Amount |
|---|---|---|---|
| | SUBTOTAL: | [ 0.50 | 175.00] |

### Final Account

| 9/2/2008 | Following distribution of dividends to claimants, review of bank statements and canceled checks to insure proper payment of dividends and necessity for payment of unclaimed dividends to Clerk of Court including investigation re current addresses of claimants, if necessary, which were unable to be delivered to addresses listed on proofs of claim. Payment of unclaimed dividends to Clerk of Court. (Estimated) | 1.50 | 525.00 |
|---|---|---|---|
| | Preparation and assembly of Trustee's Final Account and Form 4. Close file for storage. (Estimated) | 1.00 | 350.00 |
| | SUBTOTAL: | [ 2.50 | 875.00] |

### Final Report

| 8/30/2008 | Preparation and assembly of Final Report. | 2.50 | 875.00 |
|---|---|---|---|
| 9/2/2008 | Preparation and assembly of Trustee's Final Report. | 2.70 | 945.00 |
| | Court re hearing on Trustee's Final Report and preparation for same. (Estimated) | 0.30 | 105.00 |
| | SUBTOTAL: | [ 5.50 | 1,925.00] |

### First Meeting of Creditors

| 12/20/2006 | Review of Debtor's Schedules and Statement of Affairs. Input case into computer system and open file. Preparation for first meeting of creditors. | 0.40 | 140.00 |
|---|---|---|---|
| 1/4/2007 | Examination of Debtor's President and CEO at first meeting of creditors. | 0.40 | 140.00 |
| | SUBTOTAL: | [ 0.80 | 280.00] |

### Tax Issues

| 4/4/2008 | Review and filing of Federal and State of Illinois tax returns for estate. | 2.20 | 770.00 |
|---|---|---|---|
| | SUBTOTAL: | [ 2.20 | 770.00] |
| | For professional services rendered | 30.20 | $10,425.00 |

Page     4

Amount

Balance due

$10,425.00

## DISPOSITION OF ESTATE PROPERTY

See attached Forms 1 and 2.

| | |
|---|---:|
| TOTAL RECEIPTS | $25,911.23 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $64,132.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

EXHIBIT B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 06-15791   JDS   Judge: JOHN D. SCHWARTZ | | Trustee Name: | Phillip D. Levey |
| Case Name: | J. LANE CONTRACTORS, INC. | | Date Filed (f) or Converted (c): | 12/01/06 (f) |
| | | | 341(a) Meeting Date: | 01/04/07 |
| For Period Ending: 09/02/08 | | | Claims Bar Date: | 04/16/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 5,600.00 | 5,600.00 | | 6,203.63 | FA |
| 2. SECURITY DEPOSIT-ROBINSON RENTALS | 600.00 | 600.00 | DA | 0.00 | 0.00 |
| 3. INSURANCE POLICY | 810.00 | 810.00 | | 655.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 63,532.00 | Unknown | DA | 0.00 | 0.00 |
| 5. 1994 CHEVROLET CK2500 PICK-UP | 1,700.00 | 3,000.00 | | 6,000.00 | FA |
| 6. 1996 GMC 1500 PICK-UP | 2,085.00 | 3,800.00 | | 3,700.00 | FA |
| 7. 2001 GMC DUMP TRUCK | 15,000.00 | 15,000.00 | | 12,500.00 | FA |
| 8. 1995 TOWMASTER TRAILER | 500.00 | Unknown | | 900.00 | FA |
| 9. Computer, Printer & Monitor | Unknown | Unknown | DA | 0.00 | 0.00 |
| 10. Construction Tools | 1,200.00 | Unknown | | 900.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 240.40 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $91,027.00      $28,810.00            $31,099.03      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/08      Current Projected Date of Final Report (TFR): 09/30/08

LFORM1

Ver: 14.03b

FORM

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-15791 -JDS |
|---|---|
| Case Name: | J. LANE CONTRACTORS, INC. |
| Taxpayer ID No: | *******5128 |
| For Period Ending: | 09/02/08 |

| Trustee Name: | Philip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******2054 Money Market Account (Interest Earn |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/07 | 1 | J. Lane Contractors, Inc. | Turnover of Bank Account | 1121-000 | 6,203.63 | | 6,203.63 |
| 01/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.41 | | 6,207.04 |
| 02/15/07 | 5, 8 | Judith Lane | Sale of 1994 Truck & Tools | | 3,900.00 | | 10,107.04 |
| | * NOTE * | LANE, JUDITH | Memo Amount:        3,900.00 | 1129-000 | | | |
| | | | * NOTE *  Properties 5, 10 | | | | |
| 02/15/07 | | Fort Wayne Vehicle Auction | Sale of 1996 Truck | | 3,200.10 | | 13,307.14 |
| | 6 | FORT WAYNE VEHICLE AUCTION | Memo Amount:        3,700.00 | 1129-000 | | | |
| | | | Sale of Vehicle | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:      (     225.00 ) | 3610-000 | | | |
| | | | Auctioneer Fee | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:      (     274.90 ) | 3620-000 | | | |
| | | | Recon Fee | | | | |
| 02/15/07 | 7 | Fort Wayne Vehicle Auction | Sale of 2001 GMC Truck | | 11,712.10 | | 25,019.24 |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:      12,500.00 | 1129-000 | | | |
| | | | Sale of 2001 GMC Truck | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:      (     550.00 ) | 3610-000 | | | |
| | | | Auctioneer Fee | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:      (     237.90 ) | 3620-000 | | | |
| | | | Recon Expenses | | | | |
| 02/28/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 9.37 | | 25,028.61 |
| 03/30/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 21.25 | | 25,049.86 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 20.59 | | 25,070.45 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 23.95 | 25,046.50 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA  70130 | | | | | |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 21.28 | | 25,067.78 |
| 06/08/07 | 3 | New Hampshire Insurance Company | Premium Refund | 1129-000 | 655.00 | | 25,722.78 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 20.92 | | 25,743.70 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 21.87 | | 25,765.57 |

Page Subtotals            25,789.52            23.95

LFORM24

Ver: 14.03b

Case 06-15791   Doc 28   Filed 10/10/08 FORM Entered 10/10/08 15:49:53   Desc Main

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-15791 -JDS | Trustee Name: | Phillip D. Levey |
| Case Name: | J. LANE CONTRACTORS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2054  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5128 | | |
| For Period Ending: | 09/02/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.88 | | 25,787.45 |
| 09/28/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 16.42 | | 25,803.87 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 16.45 | | 25,820.32 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 13.79 | | 25,834.11 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 12.35 | | 25,846.46 |
| 01/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 10.24 | | 25,856.70 |
| 02/29/08 | 11 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 6.15 | | 25,862.85 |
| 03/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 6.11 | | 25,868.96 |
| 04/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 5.30 | | 25,874.26 |
| 05/09/08 | 000102 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 26.77 | 25,847.49 |
| 05/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.28 | | 25,850.77 |
| 06/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.18 | | 25,853.95 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.28 | | 25,857.23 |
| 08/29/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.28 | | 25,860.51 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 20,100.00 | COLUMN TOTALS | 25,911.23 | 50.72 | 25,860.51 |
| Memo Allocation Disbursements: | 1,287.80 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 25,911.23 | 50.72 | |
| Memo Allocation Net: | 18,812.20 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 25,911.23 | 50.72 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 20,100.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,287.80 | Money Market Account (Interest Earn - *******2054 | 25,911.23 | 50.72 | 25,860.51 |
| Total Memo Allocation Net: | 18,812.20 | | 25,911.23 | 50.72 | 25,860.51 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals   121.71   26.77

LFORM24

Ver: 14.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

| Case No: | 06-15791 -JDS |
| Case Name: | J. LANE CONTRACTORS, INC. |
| Taxpayer ID No: | *******5128 |
| For Period Ending: | 09/02/08 |

| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2054  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - *******2054 | | Transfers) | To Debtors) | On Hand |

Page Subtotals                                    0.00                    0.00

LFORM24

Ver: 14.03b

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| J. LANE CONTRACTORS. INC. | ) | CASE NO. 06 B 15791 |
| | ) | |
| Debtor(s) | ) | HON. CAROLE A. DOYLE |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court. and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $9.179.44 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(10)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $16.681.07 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $25.860.51 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $9,179.44 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Phillip D. Levey, Trustee Compensation | $3,469.90 | $3,469.90 |
| | Phillip D. Levey, Trustee Expenses | $63.04 | $63.04 |
| | Phillip D. Levey, Attorney for Trustee Fees | $4,617.50 | $4,617.50 |
| | Lois West & Popowcer Katten Ltd., Accountant for Trustee Fees | $1,029.00 | $1,029.00 |
| | CLASS TOTALS | $9,179.44 | $9,179.44 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10.000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 106,939.18 | 15.60 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Bob's General Truck | $5,275.92 | $822.97 |
| 000003 | H&K Heating & Air Conditioning, Inc | $6,810.80 | $1,062.39 |
| 000005 | Menoni & Mocogni, Inc. | $14,652.46 | $2,285.59 |
| 000006 | Sc Lane | $80,200.00 | $12,510.12 |
| | CLASS TOTALS | $106,939.18 | $16,681.07 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 000002 | Andy Robert Norman<br>Mauck & Baker LLC<br>One N. LaSalle St. #600<br>Chicago. IL 60602 | 64,000.00 | WITHDRAWN |
| Unsecured | 000004A | Wesley Woodson, Jr<br>1706 Ashland Ave<br>Evanston, IL 60201 | 100.000.00 | WITHDRAWN |
| Unsecured | 000004B | Wesley Woodson, Jr<br>1706 Ashland Ave<br>Evanston. IL 60201 | 53,021.08 | WITHDRAWN |

WHEREFORE. the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _9-2-08_