UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| J. LANE CONTRACTORS, INC. | ) | CASE NO. 06 B 15791 |
| | ) | |
| Debtor(s) | ) | HON. CAROLE A. DOYLE |

Social Security/Employer Tax ID Number:   36-4305128

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 742, CHICAGO, IL 60604

   On: **November 20, 2008**        Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                $27,199.03

   Disbursements                                                            $1,338.52

   Net Cash Available for Distribution                                     $25,860.51

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $3,469.90 | $63.04 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $4,617.50 | $0.00 |
| Lois West & Popowcer Katten Ltd.<br>Accountant For Trustee | $0.00 | $1,029.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:  None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7. Claims of general unsecured creditors totaling $106,939.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 15.60%.

   Allowed general unsecured claims are as follows:

   | Claim Number | Claimant | Amount of Claim | Proposed Payment |
   |---|---|---|---|
   | 1 | Bob's General Truck | $5,275.92 | $822.97 |
   | 3 | H&K Heating & Air Conditioning, Inc | $6,810.80 | $1,062.39 |
   | 5 | Menoni & Mocogni, Inc. | $14,652.46 | $2,285.59 |
   | 6 | SC Lane | $80,200.00 | $12,510.12 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    | Name of Property | Scheduled Value |
    |---|---|
    | Security Deposit-Robinson Rentals | $600.00 |
    | Accounts Receivable | $63,532.00 |
    | Computer, Printer & Monitor | $0.00 |

Dated: **October 20, 2008**                   For the Court,

                                              By:   **KENNETH S. GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the U.S. Bankruptcy Court
                                                    219 S. Dearborn Street; 7th Floor
                                                    Chicago, IL 60604

Trustee:     Phillip D. Levey
Address:     2722 North Racine Avenue
             Chicago, IL  60614
Phone No.:   (773) 348-9682

**SERVICE LIST**

**J. LANE CONTRACTORS, INC.**
**06 B 15791**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Oct 20, 2008
Case: 06-15791                 Form ID: pdf002              Total Served: 17

The following entities were served by first class mail on Oct 22, 2008.
db           +J. Lane Contractors, Inc.,    8711 Springfield Avenue,    Skokie, IL 60076-2256
aty          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11040081     +Abrams & Abrams, P.C.,    75 E. Wacker Dr. #320,    Chicago, IL 60601-3740
11040082     +Andy Robert Norman,    Mauck & Baker LLC,    One N. LaSalle St. #600,    Chicago, IL 60602-3981
11040083     +Bob's General Truck,    550 B N. Hartrey,    Evanston, IL 60202-1923
11161001     +H & K Heating & Air Conditioning, Inc.,    c/o Abrams & Abrams, PC,    75 E. Wacker Drive, #320,
               Chicago, IL 60601-3740
11040084     +H&K Heating & Air Conditioning,    815 N. Oakwood,    Lake Zurich, IL 60047-6704
12413559     +J.C. Lane,    8711 Springfield,    Skokie, IL 60076-2256
11040085     +J.C. and Judith Lane,    8711 Springfield,    Skokie, IL 60076-2256
11040086      McBee Systems,    20000 Thompson Street,    Flagstaff, AZ 86001
11040087     +McBee Systems, Inc.,    PO Box 88042,    Chicago, IL 60680-1042
11040088     +Menoni & Mocogni, Inc.,    2160 Skokie Valley Road,    Highland Park, IL 60035-1731
11040089     +Robinson Rentals,    P.O. Box 1459,    Evanston, IL 60204-1459
11294999     +S C Lane,    8711 Springfield,    Skokie, IL 60076-2256
11040090     +Wesley Woodson, Jr.,    1706 Ashland,    Evanston, IL 60201-3546
11177853     +Wesley Woodson,Jr,    1706 Ashland Ave,    Evanston, IL 60201-3546

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2008**                    **Signature:** _Joseph Speetjens_