UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 06-15791 |
| J. LANE CONTRACTORS, INC. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LOIS WEST & POPOWCER KATTEN, LTD. | | | | | |
| FORT WAYNE VEHICLE AUCTION | | | | | |
| FORT WAYNE VEHICLE AUCTION | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORT WAYNE VEHICLE AUCTION | | | | | |
| FORT WAYNE VEHICLE AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BOB'S GENERAL TRUCK | | | | | |
| H&K HEATING & AIR CONDITIONING, INC | | | | | |
| JC LANE | | | | | |
| MENONI & MOCOGNI, INC. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-15791 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | J. LANE CONTRACTORS, INC. | | | Date Filed (f) or Converted (c): | 12/01/06 (f) |
| | | | | 341(a) Meeting Date: | 01/04/07 |
| For Period Ending: | 06/22/09 | | | Claims Bar Date: | 04/16/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 5,600.00 | 5,600.00 | | 6,203.63 | FA |
| 2. SECUIRITY DEPOSIT-ROBINSON RENTALS | 600.00 | 600.00 | DA | 0.00 | 0.00 |
| 3. INSURANCE POLICY | 810.00 | 810.00 | | 655.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 63,532.00 | Unknown | DA | 0.00 | 0.00 |
| 5. 1994 CHEVROLET CK2500 PICK-UP | 1,700.00 | 3,000.00 | | 6,000.00 | FA |
| 6. 1996 GMC 1500 PICK-UP | 2,085.00 | 3,800.00 | | 3,700.00 | FA |
| 7. 2001 GMC DUMP TRUCK | 15,000.00 | 15,000.00 | | 12,500.00 | FA |
| 8. 1995 TOWMASTER TRAILER | 500.00 | Unknown | | 900.00 | FA |
| 9. Computer, Printer & Monitor | Unknown | Unknown | DA | 0.00 | 0.00 |
| 10. Construction Tools | 1,200.00 | Unknown | | 900.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 247.50 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $91,027.00     $28,810.00          $31,106.13     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/08     Current Projected Date of Final Report (TFR): 09/30/08

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-15791 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | J. LANE CONTRACTORS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2054  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5128 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/07 | 1 | J. Lane Contractors, Inc. | Turnover of Bank Account | 1121-000 | 6,203.63 | | 6,203.63 |
| 01/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.41 | | 6,207.04 |
| 02/15/07 | 5, 8 | Judith Lane | Sale of 1994 Truck & Tools | | 3,900.00 | | 10,107.04 |
| | * NOTE * | LANE, JUDITH | Memo Amount:         3,900.00 | 1129-000 | | | |
| | | | * NOTE *  Properties 5, 10 | | | | |
| 02/15/07 | | Fort Wayne Vehicle Auction | Sale of 1996 Truck | | 3,200.10 | | 13,307.14 |
| | 6 | FORT WAYNE VEHICLE AUCTION | Memo Amount:         3,700.00 | 1129-000 | | | |
| | | | Sale of Vehicle | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:    (     225.00 ) | 3610-000 | | | |
| | | | Auctioneer Fee | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:    (     274.90 ) | 3620-000 | | | |
| | | | Recon Fee | | | | |
| 02/15/07 | 7 | Fort Wayne Vehicle Auction | Sale of 2001 GMC Truck | | 11,712.10 | | 25,019.24 |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:        12,500.00 | 1129-000 | | | |
| | | | Sale of 2001 GMC Truck | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:    (     550.00 ) | 3610-000 | | | |
| | | | Auctioneer Fee | | | | |
| | | FORT WAYNE VEHICLE AUCTION | Memo Amount:    (     237.90 ) | 3620-000 | | | |
| | | | Recon Expenses | | | | |
| 02/28/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 9.37 | | 25,028.61 |
| 03/30/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 21.25 | | 25,049.86 |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 20.59 | | 25,070.45 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 23.95 | 25,046.50 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA  70130 | | | | | |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 21.28 | | 25,067.78 |
| 06/08/07 | 3 | New Hampshire Insurance Company | Premium Refund | 1129-000 | 655.00 | | 25,722.78 |

Page Subtotals          25,746.73          23.95

Ver: 14.31a

LFORM24

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 06-15791 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | J. LANE CONTRACTORS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2054 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5128 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.92 | | 25,743.70 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.87 | | 25,765.57 |
| 08/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.88 | | 25,787.45 |
| 09/28/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 16.42 | | 25,803.87 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 16.45 | | 25,820.32 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 13.79 | | 25,834.11 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 12.35 | | 25,846.46 |
| 01/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 10.24 | | 25,856.70 |
| 02/29/08 | 11 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 6.15 | | 25,862.85 |
| 03/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 6.11 | | 25,868.96 |
| 04/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 5.30 | | 25,874.26 |
| 05/09/08 | 000102 | International Sureties, Ltd. | BOND # 016026455 | 2300-000 | | 26.77 | 25,847.49 |
| | | 701 Poydras St. | Term 2/1/08 - 2/1/09 | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.28 | | 25,850.77 |
| 06/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.18 | | 25,853.95 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.28 | | 25,857.23 |
| 08/29/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.28 | | 25,860.51 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.18 | | 25,863.69 |
| 10/31/08 | 11 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.51 | | 25,866.20 |
| 11/22/08 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.41 | | 25,867.61 |
| 11/22/08 | | Transfer to Acct #*******3263 | Final Posting Transfer | 9999-000 | | 25,867.61 | 0.00 |

Page Subtotals        171.60        25,894.38

Ver: 14.31a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-15791 -CAD |
| Case Name: | J. LANE CONTRACTORS, INC. |
| Taxpayer ID No: | *******5128 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2054 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 20,100.00 | COLUMN TOTALS | 25,918.33 | 25,918.33 | 0.00 |
| Memo Allocation Disbursements: | 1,287.80 | Less: Bank Transfers/CD's | 0.00 | 25,867.61 | |
| | | Subtotal | 25,918.33 | 50.72 | |
| Memo Allocation Net: | 18,812.20 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 25,918.33 | 50.72 | |

Page Subtotals    0.00    0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-15791 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | J. LANE CONTRACTORS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3263 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5128 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/08 | | Transfer from Acct #*******2054 | Transfer In From MMA Account | 9999-000 | 25,867.61 | | 25,867.61 |
| 11/25/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,469.90 | 22,397.71 |
| 11/25/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 63.04 | 22,334.67 |
| 11/25/08 | 000103 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,512.50 | 17,822.17 |
| 11/25/08 | 000104 | Lois West & Popowcer Katten, Ltd. | Trustee's Accountant Fees | 3310-000 | | 1,029.00 | 16,793.17 |
| 11/25/08 | 000105 | Bob's General Truck<br>550 B N. Hartrey<br>Evanston, IL 60202 | Claim 000001, Payment 15.70342% | 7100-000 | | 828.50 | 15,964.67 |
| 11/25/08 | 000106 | H & K Heating & Air Conditioning, Inc.<br>c/o Abrams & Abrams, PC<br>75 E. Wacker Drive, #320<br>Chicago, IL 60601 | Claim 000003A, Payment 15.70344%<br>(3-1) The priority claim is for<br>court costs | 7100-000 | | 1,069.53 | 14,895.14 |
| 11/25/08 | 000107 | Menoni & Mocogni, Inc.<br>2160 Skokie Valley Road<br>Highland Park, IL 60035 | Claim 000005, Payment 15.70351% | 7100-000 | | 2,300.95 | 12,594.19 |
| 11/25/08 | 000108 | JC Lane<br>8711 Springfield<br>Skokie, IL 60076 | Claim 000006, Payment 15.70348% | 7100-000 | | 12,594.19 | 0.00 |

Page Subtotals        25,867.61        25,867.61

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-15791 -CAD |
| Case Name: | J. LANE CONTRACTORS, INC. |
| Taxpayer ID No: | *******5128 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3263  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 25,867.61   25,867.61   0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 25,867.61   0.00 |
|  |  | Subtotal | 0.00   25,867.61 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | 0.00 |
|  |  | Net | 0.00   25,867.61 |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 20,100.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,287.80 | Money Market Account (Interest Earn - ********2054 | 25,918.33 | 50.72 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********3263 | 0.00 | 25,867.61 | 0.00 |
| Total Memo Allocation Net: | 18,812.20 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 25,918.33 | 25,918.33 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 12)*